158 A.3d 1179

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
VIRGIL MITCHELL, DEFENDANT–PETITIONER.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003031–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 1179

DIANE CORTER AND WILLIAM JOHN CORTER, JR., HER HUS-
BAND, PLAINTIFFS–PETITIONERS, v. JOSEPH GHAHHARI,
M.D., DEFENDANT–RESPONDENT, AND ADVANCED INTER-
VENTIONAL PAIN MANAGEMENT, LLC, NOEMY ARONOVICI
RUBINCHIK, M.D, AND WAYNE SURGICAL CENTER, LLC,
DEFENDANTS.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005123–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.